IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HUMBERTO LEAL GARCIA | § § § | |
| Petitioner, | § § | |
| VS. | § § | NO. SA-07-CV-214-RF |
| RICK THALER, Director, Texas Department of Criminal Justice, Correctional Institution Division, | § § § § § | |
| Respondent | § § | |

### ORDER

The above styled and numbered case is **TRANSFERRED** to the docket of the Honorable Orlando L. Garcia before whom a related case is pending.

It is so **ORDERED.**

SIGNED this 17th day of June, 2011.

*Royal Furgeson*
ROYAL FURGESON
**SENIOR UNITED STATES DISTRICT JUDGE**